UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BETH ELAYNE JONES, | ) | 5:15CV0076 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | MAG. JUDGE KENNETH S. McHARGH |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | JUDGMENT ENTRY |
| | ) | |

McHARGH, MAG. JUDGE

Pursuant to the Court's Memorandum and Order filed March 18, 2016, the Court AFFIRMS the decision of the Commissioner.

IT IS SO ORDERED.

Dated:  March 18, 2016            /s/ Kenneth S. McHargh
                                  Kenneth S. McHargh
                                  United States Magistrate Judge